

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2022

No. 04-21-00465-CR

Ted Allen **WRIGHT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR12275
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

      The reporter's record was originally due to be filed in this court on December 13, 2021. When neither the reporter's record nor a notification of late record was filed, the deputy clerk of this court sent a notice of late record to the court reporter requesting that the reporter's record be filed no later than January 21, 2022. *See* TEX. R. APP. P. 37.3. No response was received and the reporter's record was not filed. The clerk's record indicates that appellant is indigent. *See* TEX. R. APP. P. 20.2.

      Accordingly, we ORDER the court reporter to file the reporter's record ***within thirty (30) days*** from the date of this order. If neither the reporter's record nor a notification of late record is timely filed, a show cause order will be issued. TEX. R. APP. P. 37.3(a)(2). The clerk of this court is instructed to send a copy of this order to the court reporter, the parties, and the trial court. *Id.*

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of February, 2022.



Michael A. Cruz,
Clerk of Court